UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDSAY GONTZ, an individual,

　　　　　　　　　　Plaintiff,

　　　　-against-

THE LAUNDRESS, LLC, a New York Limited Liability
Company,

　　　　　　　　　　Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/5/2025___

25 Civ. 3588 (AT)

**ORDER**

ANALISA TORRES, District Judge:

　　　Plaintiff, Lindsay Gontz, brings this action invoking diversity subject matter jurisdiction
under 28 U.S.C. § 1332(a).  *See* ECF No. 5 ¶¶ 11, 16.  If Defendant, The Laundress, LLC, is a
limited liability company, as its name implies and the complaint alleges, then the complaint must
allege the citizenship of each of the natural persons, and the place of incorporation and principal
place of business of any corporate entities, who are members of the limited liability company.
*See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51–52 (2d Cir. 2000); *see also
Bayerische Landesbank, N.Y. Branch v. Aladdin Cap. Mgmt. LLC*, 692 F.3d 42, 49 (2d Cir.
2012) ("[A] limited liability company . . . takes the citizenship of each of its members.").
Accordingly, by **May 29, 2025**, Plaintiff shall amend her complaint to allege the citizenship of
each of Defendant's members.  If Plaintiff fails to allege complete diversity, the complaint shall
be dismissed for lack of subject matter jurisdiction.

　　　SO ORDERED.

Dated: May 8, 2025
　　　New York, New York

_____
ANALISA TORRES
United States District Judge